UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

  Miscellaneous Proceeding as to:

  Raymond Curt Todd, Sr., and

  Yarelis Rivera,

                *Defendants*.

Case No. 21-00302-KRH

ORDER GRANTING
UNITED STATES TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION

This cause came before the Court on the motion of the United States Trustee to examine **Yarelis Rivera** ("Rivera") in this miscellaneous proceeding pursuant to Federal Rule of Bankruptcy Procedure 2004 (hereinafter the "Motion") **[ECF No. 12]**; and there being proper notice of the Motion; no objection having been filed; and good cause having been shown; it is hereby **ORDERED** that the Motion be, and the same is, hereby GRANTED.

**IT IS FURTHER ORDERED** that Rivera is required to appear for, and participate in, an examination pursuant to Federal Rule of Bankruptcy Procedure 2004 at a place and time designated by the United States Trustee.

Kathryn R. Montgomery, Esq., AUST (Va. Bar No. 42380)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Jason B. Shorter, Esq. (Va. Bar No. 80929)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

Upon entry of this Order, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

DATE: Apr 26 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Apr 26 2022

I ASK FOR THIS:

/s/ Jason B. Shorter
Jason B. Shorter (VSB No. 80929)
Trial Attorney
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330
jason.b.shorter@usdoj.gov

## CERTIFICATION

I hereby certify that this Order has been either served on or endorsed by all necessary parties.

/s/ Jason B. Shorter
Jason B. Shorter

## SERVICE LIST

Raymond Curt Todd, Sr.
10008 Craigs Church Lane
Spotsylvania, VA 22551

Yarelis Rivera
103B Broadway 204
Kissimmee, FL 34741